IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 4:21-CR-112

DARREN WALKER

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about the night of January 10-11, 2019, in the Northern District of Mississippi, DARREN WALKER, defendant, aided and abetted by and aiding and abetting others known and unknown to the Grand Jury, did knowingly steal, purloin, and convert to his own use goods, property, and things of value of the United States, including but not limited to, an ATV, a UTV, two trailers, a gun safe with approximately ten firearms, and other items, all belonging to the U.S. Department of Agriculture, Animal Plant Health Inspection Service, Wildlife Services, of a total value exceeding $1,000, in violation of 18 U.S.C. § 641 and § 2.

A TRUE BILL

_____         _/s/ Redacted signature_____
**CLAY JOYNER**                                      **FOREPERSON**
**ACTING UNITED STATES ATTORNEY**